UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In Re:**

**Roger C. Snyder**  Case No. 3:12-bk-06548
Chapter 11
**Debtor.**

---

## AGREED ORDER GRANTING MOTION TO VALUE SECURED CLAIM FIVE OF JP MORGAN CHASE BANK, N.A.

Upon consideration of the Motion to Value Secured Claim Five of JP Morgan Chase Bank, N.A. (Doc. No. 42), filed by Debtor on February 21, 2013, and upon agreement of the parties, it is

**ORDERED:**

1. The motion is granted.

2. The value of the property located at 1819 Fall Line Drive, Driggs, ID 83422, formerly known as 181 Mt. Owen Drive, Driggs, ID 83422 is $215,000.00.

3. The Debtor will pay this amount with 5% interest over 360 months. The remainder of the claim will be treated as unsecured.

[Space intentionally left blank]

4. JP Morgan Chase Bank, N.A. will timely file ballots accepting Debtor's Plan of Reorganization in Class 2 and Class 11 General Unsecured Claims. Should JP Morgan Chase Bank, N.A. fail to file the ballots timely, this Agreed Order shall be deemed an acceptance for each class.

Dated this 23 day of July, 2013, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Attorney Joshua Dawes is directed to serve a copy of this order on interested parties and to file a certificate of service within three days of entry of the order.

Agreed to by:

Joshua B. Dawes
Florida Bar No.: 94461
Jason A. Burgess
Florida Bar No. 40757
Law Offices of Jason A. Burgess, LLC
118 W. Adams Street, Suite 900
Jacksonville, Florida 32202
P (904) 354-5065
Email: josh@jasonaburgess.com
*Counsel for Debtor in Possession*

John C. Brock, Jr.
Florida Bar No.: 17516
Albertelli Law
PO Box 23028
Tampa, Florida 33623
P (813) 221-4743 ext. 1376
Email: bkfl@albertellilaw.com
*Counsel for JP Morgan Chase Bank*